AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America
v.
6. JUAN PEREZ

*Defendant*

Case No. 15-cr-00317-CMA-6

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JUAN PEREZ, who is accused of an offense or violation based on the following document filed with the court:

- ❒ Indictment
- ☑ Superseding Indictment
- ❒ Information
- ❒ Superseding Information
- ❒ Complaint
- ❒ Probation Violation Petition
- ❒ Supervised Release Violation Petition
- ❒ Violation Notice
- ❒ Order of the Court

This offense is briefly described as follows:

Did knowingly and intentionally conspire to manufacture, distribute and possess with the intent to distribute, 1,000 or more marihuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)A)(vii) and 846.

Date: 09/03/2015

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*