[redacted]42 (Rev. 11/11) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 11 2015
JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>6. JUAN PEREZ<br><br>*Defendant* | ) | Case No. 15-cr-00317-CMA-6 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JUAN PEREZ, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☑ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Did knowingly and intentionally conspire to manufacture, distribute and possess with the intent to distribute, 1,000 or more marihuana plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)A)(vii) and 846.

Date: 09/03/2015

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell
*Printed name and title*

### Return

This warrant was received on *(date)* 09/03/15, and the person was arrested on *(date)* 09/10/15 at *(city and state)* DENVER, Colorado.

Date: 09/10/15

[signature]
*Arresting officer's signature*

B. BAILEY, DUSM
*Printed name and title*