PS 40 (Rev. 12/13) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**
Office of Legal Affairs
U.S. Department of State
CA/PPT/S/L/LA
U.S. Department of State, SA-17A
1150 Passport Service Plaza
Dulles, VA 20189-1150

**FROM:**
**United States District Court**
**901 - 19th Street, Room A105**
**Denver, CO 80294-3589**

☒ **Original Notice**
**Date:** 9/15/2015
**By:** Juan Garcia-Gonzalez

☐ **Notice of Disposition**
**Date:** ______
**By:** ______

Defendant: Juan Luis Perez
Date of Birth: [redacted]1970
SSN: ______

Case Number: 15-CR-317-CMA -
Place of Birth: CUBA

**Notice of Court Order** (Order Date: 9/14/2015)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 497510358 and/or passport card number ______ to the custody of the U.S. District Court on 09/15/2015.

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court